**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JAMES C. WINDING, #K8115**                                                         **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 4:09-cv-58-DPJ-JCS**

**RON WILLIAMS, E.L. SPARKMAN,**
**HALEY BARBOUR AND JOYCE GRAHAM**                    **DEFENDANTS**

<u>ORDER</u>

Upon further consideration of the conditions of confinement complaint filed pursuant to 42 U.S.C. § 1983 by the Plaintiff in the above entitled action, the Court finds that the Plaintiff filed a response [11] as directed by this Court's order [9]. However, upon further review of the complaint, the Plaintiff is required to file an additional written response regarding his motion to amend [7]. It is, therefore,

ORDERED:

1. That on or before June 30, 2009, Plaintiff shall file a written response to specifically state if he wishes to name GEO Enterprises, Inc. as a Defendant in this cause, if so, specifically state how GEO Enterprises, Inc. violated Plaintiff's constitutional rights.

2. **That failure to advise this court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the Plaintiff and may result in this cause being dismissed without further notice to the Plaintiff.**

3. That the Clerk is directed to mail a copy of this order to the Plaintiff at her last known address.

THIS, the   15th   day of June, 2009.

                                   s/ James C. Sumner
                                   UNITED STATES MAGISTRATE JUDGE